UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOUGLAS FINNEGAN | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:21-CV-11579-LTS |
| | : | |
| v. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : : | |
| | : | APRIL 20, 2022 |
| Defendant. | : | |
| | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear their own attorneys' fees, costs and expenses.

Plaintiff's counsel has reviewed this stipulation and has authorized Defendant's counsel to file it jointly.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| DOUGLAS FINNEGAN | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
| | |
| By: */s/ George E. Thompson* | By: */s/ Theodore J. Tucci* |
|   George E. Thompson |   Theodore J. Tucci (pro hac vice) |
|   gthompson@gthompsonlegal.com |   Robinson & Cole LLP |
|   Law Office of George E. Thompson, PC |   280 Trumbull Street |
|   1900 W. Park Drive #280 |   Hartford, CT 06103-3597 |
|   Westborough, MA 01581 |   Tel. No.: (860) 275-8210 |
|   Tel. No.: (508) 366-1304 |   Fax. No.: (860) 275-8299 |
|   Fax. No.: (508) 366-6182 |   Email: ttucci@rc.com |
| | |
| | Danielle A. Long (BBO #646981) |
| | Robinson & Cole LLP |
| | One Boston Place, 25th Floor |
| | Boston, MA  02108 |
| | Tel. No.: (617) 557-5936 |
| | Fax No.: (617) 557-5999 |

**CERTIFICATION**

I hereby certify that on April 20, 2022, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Danielle A. Long*
Danielle A. Long